UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

v.

Criminal No. 21-20650

Hon. Laurie J. Michelson

John F. Kennedy,

Defendant.

---

### DEFENDANT'S ACKNOWLEDGMENT OF INDICTMENT

---

I, John F. Kennedy, defendant in this case, hereby acknowledge that I have received a copy of the **indictment** before entering my plea, and that I have read it and understand its contents.

I know that if I am convicted or plead guilty, I may be sentenced as follows:

Count 1 – Conspiracy to commit federal program bribery; up to 5 years' imprisonment and a fine of up to $250,000.

Counts 5 – 7 -- Federal program bribery; up to 10 years' imprisonment and a fine of up to $250,000.

/s/ John F. Kennedy
John F. Kennedy
Defendant

## ACKNOWLEDGMENT OF DEFENSE COUNSEL

I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

_____
Enter Defense_Counsel_Name
Counsel for Defendant

Dated:
10/29/2021