UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                       Plaintiff,

v.                                        Case No. 2:21−cr−20650−LJM−JJCG
                                            Hon. Laurie J. Michelson

John F. Kennedy, et al.,

                       Defendant(s),

## NOTICE TO APPEAR

The following defendant(s) are hereby notified to appear:  John F. Kennedy

The defendant(s) shall appear before District Judge Laurie J. Michelson at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 212, Detroit, Michigan, for the following proceeding(s):

- PLEA HEARING:  August 24, 2022 at 11:00 AM

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                     By: s/Erica L Parkin
                                                          Case Manager

Dated:   July 26, 2022